James H. BOCK and Jean D. Bock, Respondents.

v.

Norman F. BAUMHOER and Patricia Baumhoer, Appellants.

No. 49994.

Missouri Court of Appeals, Eastern District, Division Four.

April 22, 1986.

Bradley Harold Lockenvitz, Linn, for appellants.

Michael P. Riley, Jefferson City, for respondents.

## ORDER

PER CURIAM.

Defendants appeal from the judgment of the trial court, in a jury-waived case, which denied them a prescriptive easement to two roadways and a fee by adverse possession to a strip of land running along a common boundary between defendants' and plaintiffs' acreage and which enjoined defendants from removing a fence that plaintiffs were erecting along the boundary line. No jurisprudential purpose would be served by a written opinion. The judgment of the trial court is affirmed pursuant to Rule 84.16(b).